# In the United States District Court for the Southern District of Georgia Brunswick Division

MAELA E. TOWNSEND,

Plaintiff,

v.

NANCY A. BERRYHILL, Acting Commissioner of the Social Security Administration,

Defendant.

CIVIL ACTION NO.: 2:16-cv-147

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's February 23, 2018, Report and Recommendation, dkt. no. 18, to which Plaintiff filed Objections, dkt. no. 19. In her Objections, Plaintiff "strenuously objects" to the Magistrate Judge's finding that the Administrative Law Judge ("ALJ") properly rejected Plaintiff's treating physician's opinion. Id. at pp. 1-5.

The Magistrate Judge examined the ALJ's decision to discount the opinions of certain of Plaintiff's doctors and correctly concluded the ALJ had "good cause", as established by controlling precedent of the Eleventh Circuit Court of Appeals, to discount these opinions. Dkt. No. 18, pp. 9-11. Plaintiff's

Objections, as well as her initial pleadings, serve to underscore her obvious dissatisfaction with the ALJ's determination that she is not disabled within the meaning of the Social Security Act. In addition, it appears Plaintiff wishes for this Court to re-weigh the evidence presented to the ALJ, which this Court, of course, cannot do. A reviewing court does not "decide facts anew, reweigh the evidence or substitute" its judgment for that of the Commissioner. Dyer v. Barnhart, 395 F.3d 1206, 1210 (11th Cir. 2005). Even if the evidence preponderates against the Commissioner's factual findings, the court must affirm a decision supported by substantial evidence. Id. As the Magistrate Judge concluded, substantial evidence supports the ALJ's decision, and the ALJ applied the correct legal standards.

Thus, the Court **OVERRULES** Plaintiff's Objections and **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **AFFIRMS** the decision of the Commissioner and **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal.

**SO ORDERED**, this 14 day of March, 2018.

---
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)